# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138399

WILLIS AUXIER,
          Plaintiff-Appellee,

v

                                         SC: 138399
NATIONWIDE PROPERTY &
CASUALTY INSURANCE COMPANY,         COA: 281793
          Defendant-Appellant.               Kent CC: 07-001536-NF

_____/

      On order of the Court, the application for leave to appeal the January 27, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009                 _____

p0720                                      Clerk